**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6861**

---

HAMILTON COZART, JR., a/k/a Edwin Barfield,

                                    Plaintiff - Appellant,

        versus

BURT WEBB; JAMES SANDERSON,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge. (CA-04-213-5-FL)

---

Submitted:  August 12, 2004        Decided:  August 19, 2004

---

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Hamilton Cozart, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hamilton Cozart, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as time-barred. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cozart v. Webb, No. CA-04-213-5-FL (E.D.N.C. Apr. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED